UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

          Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. 2:23-cv-01928-TSZ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation, docket no. 11, of Judge Theresa L. Fricke, United States Magistrate Judge, the remaining record, and no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A. This dismissal is a "strike" under 28 U.S.C. § 1915(g).

(3) Plaintiff's motion to proceed IFP, motion seeking punitive damages, motion for declaratory/injunctive relief, motion for service, motion to "expedite", "motion seeking mediation", and motion for habeas corpus (Dkts. 1, 4, 5, 6, 8, 9, 10) are DENIED as moot.

(4) The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

Dated this 26th day of April, 2024.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1